UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

HATTIESBURG DIVISION

SUSIE MORGAN

CIVIL ACTION NO. 2:05-CV-02191-KS-JMR

v

J.C. PENNEY CO., INC. AND KIM STEWART AND JOHN DOES 1-10

## AGREED ORDER OF DISMISSAL

This cause having come on for hearing on joint motion of the parties and the court being advised of the premises herein finds that said Motion is well taken and should be granted.

The Court therefore finds that the parties have reached a settlement of this matter and this cause and all claims contained therein are hereby dismissed with prejudice.

SO ORDERED, this the 4th day of April, 2006.

*s/ Keith Starrett*
UNITED STATES DISTRICT COURT

AGREED TO BY:

*/s/ Susie Morgan*
_____

Susie Morgan
(101812)
Plaintiff Pro Se

*/s/ Michael J. Tarleton*
_____

MICHAEL J. TARLETON

UNGARINO & ECKERT, L.L.C.

1080 River Oaks Drive, Suite B-201
Jackson, MS 39232
Telephone: (601) 932-3542

Fax: (601) 510-9108